**SO ORDERED.**

**SIGNED this 7 day of October, 2022.**



_____
**James P. Smith
Chief United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11, SUB V |
| PALMS MEDICAL TRANSPORT, LLC, : | |
| : | CASE NO. 22-51074 |
| Debtor : | |

**ORDER APPROVING EMPLOYMENT OF BOYER TERRY LLC
AS ATTORNEYS FOR DEBTOR**

The application (the "Application") of Palms Medical Transport, LLC, Debtor and Debtor-in-Possession, for approval to employ Boyer Terry LLC upon a general retainer to represent him as Debtor-in-Possession herein having been submitted to the Court along with the Affidavit of Wesley J. Boyer, and it appearing that Boyer Terry LLC is a limited liability company composed of attorneys duly admitted to practice before this Court; and the Court being satisfied that the law firm of Boyer Terry LLC and its attorneys are disinterested persons and represent no interest adverse to the Debtor-in-Possession or to its estate in the matters upon which it is to be engaged, and its employment is necessary and will be in the best interest of the

estate and that the case is one justifying a general retainer, it is

ORDERED that employment by Palms Medical Transport, LLC, as Debtor-in-Possession, of Boyer Terry, LLC under a general retainer is hereby approved; and it is

FURTHER ORDERED that this Order is subject to the right of any party in interest to object to the proposed retention on or before twenty-one (21) days from the date hereof, and that, upon the expiration of such twenty-one (21) day period, the Court shall either set a hearing on any objection(s) timely filed or, if no such objections have been so filed, the Court shall enter a final order granting the Application *nunc pro tunc* to the Petition Date; and it is

FURTHER ORDERED that the compensation of Boyer Terry LLC for its services on behalf of the Debtor-in-Possession shall hereafter be fixed by the Court. The U. S. Trustee has twenty-one (21) days from the entry of the order to file an objection.

***END OF DOCUMENT***

Prepared and presented by
BOYER ‖ TERRY LLC
WESLEY J. BOYER
State Bar No. 073126
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
Wes@BoyerTerry.com

United States Bankruptcy Court
Middle District of Georgia

In re: Case No. 22-51074-JPS
Palms Medical Transport, LLC Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113G-5      User: auto      Page 1 of 3
Date Rcvd: Oct 07, 2022      Form ID: pdfntc      Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Palms Medical Transport, LLC, PO Box 843, Byron, GA 31008-0843 |
| 12418704 | + | BP Business Solutions, PO Box 1239, Covington, LA 70434-1239 |
| 12418703 | + | Balboa Capital, 2010 Main Street, Suite 1100, Irvine, CA 92614-8250 |
| 12418709 | | Costa Rica Finance Services, Stryker Sales, LLC, PO Box 93308, Chicago, IL 60673-3308 |
| 12418710 | + | East Shore Equities SMB, LLC, Attn: Risk Department, 5788 Merrick Road, Suite 205, Massapequa, NY 11758-6242 |
| 12418712 | + | Ferno, 70 Weil Way, Wilmington, OH 45177-9300 |
| 12418713 | | Ferno, c/o CST Co., Inc., PO Box 33127, Louisville, KY 40232-3127 |
| 12418715 | + | Funding Circle - Altus, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987 |
| 12418716 | | Georgia Department of Labor, PO Box 740235, Atlanta, GA 30374-0235 |
| 12418719 | + | Integrated Vehicle Leasing, Inc., 734 Walt Whitman Road, Melville, NY 11747-2216 |
| 12418721 | + | International Development Services, 7900 East Union Avenue, Suite 1100, Denver, CO 80237-2746 |
| 12418722 | + | Itria Ventures, LLC, 1000 N West Street, #1200, Wilmington, DE 19801-1058 |
| 12418723 | + | Itria Ventures, LLC, c/o Millsy Hicks-Byrd, Paralegal, Kasowitz Benson Torres LLC, 1230 Peachtree St NE, Suite 2445, Atlanta, GA 30309-7500 |
| 12418724 | + | Kabbage, Inc., 730 Peachtree Street, Suite 1100, Atlanta, GA 30308-1263 |
| 12418725 | + | McKenzie Capital Funding, 3390 Mary Street, Suite 216, Miami, FL 33133-5258 |
| 12426073 | + | Persons Banking Company, Attn: Michael J. Marshall, Esq., 3717 Vineville Avenue, Macon, GA 31204-1854 |
| 12418727 | + | Persons Banking Company, 1110 GA Highway 96, Kathleen, GA 31047-2111 |
| 12418726 | + | Persons Banking Company, 88 North Lee Street, Forsyth, GA 31029-2119 |
| 12418728 | + | SBA/Synovus, PO Box 120, Columbus, GA 31902-0120 |
| 12427807 | + | Synovus Bank, 960 Buford Road, Cumming, GA 30041-2718 |
| 12423884 | + | UnitedHealthcare Insurance Company, ATTN: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408 |
| 12418729 | + | WEX, Inc., 1 Hancock Street, Portland, ME 04101-4217 |
| 12418730 | | WEX, Inc., c/o Greenberg, Grant & Richards, Inc., PO Box 571811, Houston, TX 77257-1811 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12425648 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2022 17:24:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 12423231 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 07 2022 17:24:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 12418705 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2022 17:25:10 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 12418708 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 07 2022 17:24:00 | Convergent (Sprint), 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 |
| 12418714 | | Email/Text: bankruptcyfilings@fundbox.com | Oct 07 2022 17:24:00 | Fundbox, 300 Montgomery Street, Suite 900, San Francisco, CA 94104 |
| 12418717 | | Email/Text: brnotices@dor.ga.gov | Oct 07 2022 17:24:00 | Georgia Department of Revenue, Central |

Case 22-51074   Doc 27   Filed 10/09/22   Entered 10/10/22 00:23:31   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 113G-5 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: pdfntc | Total Noticed: 33 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Collection Section, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345-3205 |
| 12418718 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Oct 07 2022 17:24:00 | | GM Financial, PO Box 99605, Arlington, TX 76096-9605 |
| 12418720 | | Email/Text: sbse.cio.bnc.mail@irs.gov Oct 07 2022 17:24:00 | | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12419152 | + | Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV Oct 07 2022 17:24:00 | | Office of United States Trustee, c/o Elizabeth A.Hardy, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 |
| 12419151 | + | Email/Text: USTP.REGION21.MC.ECF@USDOJ.GOV Oct 07 2022 17:24:00 | | Office of United States Trustee, c/o Robert Fenimore, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12418707 | | Cinta's, c/o Rauch Milliken |
| 12418711 | | Ebong Ubong |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Persons Banking Company, 88 North Lee Street, Forsyth, Ga 31029-2119 |
| cr | *+ | Synovus Bank, 960 Buford Road, Cumming, GA 30041-2718 |
| 12418706 | ##+ | Cinta's, 4272 Pio Nono Avenue, Macon, GA 31206-2749 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2022              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Delia Corinne Thrasher | on behalf of Creditor Synovus Bank cthrasher@starfieldsmith.com |
| Elizabeth A. Hardy | on behalf of U.S. Trustee U.S. Trustee - MAC elizabeth.a.hardy@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov |
| Jenny Martin Walker - Ch 11 SubV | Trustee.JMW@martinsnow.com |
| Jenny Martin Walker - Ch 11 SubV | on behalf of Trustee Jenny Martin Walker - Ch 11 SubV Trustee.JMW@martinsnow.com |
| Michael J. Marshall | |

| District/off: 113G-5 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 07, 2022 | Form ID: pdfntc | Total Noticed: 33 |

      on behalf of Creditor Persons Banking Company mikemarshall@dmsattorneys.net

Robert G. Fenimore

      on behalf of U.S. Trustee U.S. Trustee - MAC robert.g.fenimore@usdoj.gov  Ustp.region21.mc.ecf@usdoj.gov

U.S. Trustee - MAC

      Ustp.region21.mc.ecf@usdoj.gov

Wesley J. Boyer

      on behalf of Debtor Palms Medical Transport  LLC wes@boyerterry.com, terrycr40028@notify.bestcase.com

TOTAL: 8