# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br>  PALMS MEDICAL TRANSPORT, LLC | CASE NO: 22-51074<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 28 |

On 10/11/2022, I did cause a copy of the following documents, described below,

DEBTOR'S MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF EXISTING BANK ACCOUNTS AND CHECKS ECF Docket Reference No. 28

NOTICE OF TIME TO RESPOND 28

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/11/2022

/s/ Wesley J. Boyer
Wesley J. Boyer  073126
Attorney for Debtor
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA  31201
478 742 6481
kathy@boyerterry.com

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE:<br><br>PALMS MEDICAL TRANSPORT, LLC | CASE NO: 22-51074<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 28 |

On 10/11/2022, a copy of the following documents, described below,

DEBTOR'S MOTION FOR ORDER AUTHORIZING THE CONTINUED USE OF EXISTING BANK ACCOUNTS AND CHECKS ECF Docket Reference No. 28

NOTICE OF TIME TO RESPOND 28

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/11/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA  31201

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (1) FULL ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SERVED VIA ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | | DEBTOR |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-51074<br>MIDDLE DISTRICT OF GEORGIA<br>TUE OCT 11 11-4-11 PST 2022 | AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>PO BOX 183853<br>ARLINGTON  TX 76096-3853 | PALMS MEDICAL TRANSPORT  LLC<br>PO BOX 843<br>BYRON  GA 31008-0843 |

| | | |
|---|---|---|
| PERSONS BANKING COMPANY<br>88 NORTH LEE STREET<br>FORSYTH  GA 31029-2119 | SYNOVUS BANK<br>960 BUFORD ROAD<br>CUMMING  GA 30041-2718 | ~~EXCLUDE<br>5<br>433 CHERRY STREET<br>PO BOX 1957<br>MACON  GA 31202-1957~~ |
| (P)AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ~~EXCLUDE<br>(D)AMERICREDIT FINANCIAL SERVICES  INC DBA GM<br>P O BOX 183853<br>ARLINGTON  TX 76096-3853~~ | BP BUSINESS SOLUTIONS<br>PO BOX 1239<br>COVINGTON  LA 70434-1239 |
| BALBOA CAPITAL<br>2010 MAIN STREET  SUITE 1100<br>IRVINE  CA 92614-8250 | CAPITAL ONE<br>PO BOX 71083<br>CHARLOTTE  NC 28272-1083 | CINTAS<br>4272 PIO NONO AVENUE<br>MACON  GA 31206-2749 |
| ~~EXCLUDE<br>(U)CINTAS<br>CO RAUCH MILLIKEN~~ | CONVERGENT (SPRINT)<br>800 SW 39TH STREET  SUITE 100<br>RENTON  WA 98057-4927 | COSTA RICA FINANCE SERVICES<br>STRYKER SALES  LLC<br>PO BOX 93308<br>CHICAGO  IL 60673-3308 |
| EAST SHORE EQUITIES SMB  LLC<br>ATTN  RISK DEPARTMENT<br>5788 MERRICK ROAD  SUITE 205<br>MASSAPEQUA  NY 11758-6242 | ~~EXCLUDE<br>(U)EBONG UBONG~~ | FERNO<br>70 WEIL WAY<br>WILMINGTON  OH 45177-9300 |
| FERNO<br>CO CST CO  INC<br>PO BOX 33127<br>LOUISVILLE  KY 40232-3127 | (P)FUNDBOX  INC<br>300 MONTGOMERY ST<br>SUITE 900<br>SAN FRANCISCO CA 94104-1921 | FUNDING CIRCLE  ALTUS<br>2121 AIRLINE DRIVE  SUITE 520<br>METAIRIE  LA 70001-5987 |
| GM FINANCIAL<br>PO BOX 99605<br>ARLINGTON  TX 76096-9605 | GEORGIA DEPARTMENT OF LABOR<br>PO BOX 740235<br>ATLANTA  GA 30374-0235 | (P)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| INTEGRATED VEHICLE LEASING  INC<br>734 WALT WHITMAN ROAD<br>MELVILLE  NY 11747-2216 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | INTERNATIONAL DEVELOPMENT SERVICES<br>7900 EAST UNION AVENUE  SUITE 1100<br>DENVER  CO 80237-2746 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (1)+FULL ADR ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF)" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ITRIA VENTURES  LLC<br>1000 N WEST STREET  1200<br>WILMINGTON  DE 19801-1058 | ITRIA VENTURES  LLC<br>CO MILLSY HICKSBYRD  PARALEGAL<br>KASOWITZ BENSON TORRES LLC<br>1230 PEACHTREE ST NE  SUITE 2445<br>ATLANTA  GA 30309-7500 | KABBAGE  INC<br>730 PEACHTREE STREET  SUITE 1100<br>ATLANTA  GA 30308-1263 |
| MCKENZIE CAPITAL FUNDING<br>3390 MARY STREET  SUITE 216<br>MIAMI  FL 33133-5258 | OFFICE OF UNITED STATES TRUSTEE<br>CO ELIZABETH AHARDY<br>440 MARTIN LUTHER KING JR BLVD<br>SUITE 302<br>MACON  GA 31201-7987 | OFFICE OF UNITED STATES TRUSTEE<br>CO ROBERT FENIMORE<br>440 MARTIN LUTHER KING JR BLVD<br>SUITE 302<br>MACON  GA 31201-7987 |
| PERSONS BANKING COMPANY<br>1110 GA HIGHWAY 96<br>KATHLEEN  GA 31047-2111 | EXCLUDE<br>(D)PERSONS BANKING COMPANY<br>88 NORTH LEE STREET<br>FORSYTH  GA 31029-2119 | PERSONS BANKING COMPANY<br>ATTN MICHAEL J MARSHALL  ESQ<br>3717 VINEVILLE AVENUE<br>MACON  GA 31204-1854 |
| SBASYNOVUS<br>PO BOX 120<br>COLUMBUS  GA 31902-0120 | EXCLUDE<br>(D)SYNOVUS BANK<br>960 BUFORD ROAD<br>CUMMING  GA 30041-2718 | US TRUSTEE  MAC<br>440 MARTIN LUTHER KING JR BOULEVARD<br>SUITE 302<br>MACON  GA 31201-7987 |
| UNITEDHEALTHCARE INSURANCE COMPANY<br>ATTN CDMBANKRUPTCY<br>185 ASYLUM STREET - 03B<br>HARTFORD  CT 06103-3408 | WEX  INC<br>1 HANCOCK STREET<br>PORTLAND  ME 04101-4217 | WEX  INC<br>CO GREENBERG  GRANT  RICHARDS  INC<br>PO BOX 571811<br>HOUSTON  TX 77257-1811 |
| JENNY MARTIN WALKER  CH 11 SUBV<br>MARTIN SNOW  LLP<br>240 THIRD STREET<br>MACON  GA 31201-3310 | EXCLUDE<br>WESLEY J BOYER<br>BOYER TERRY LLC<br>348 COTTON AVENUE<br>STE 200<br>MACON  GA 31201-7305 | |

```
ADDRESSES WHERE EMAIL ADDRESSES HAVE BEEN PRESENTED WERE SERVED VIA E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY
COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.
```

(Trustee)
Jenny Martin Walker - Ch 11 SubV
Martin Snow, LLP
240 Third Street
Macon, GA 31201
represented by:
Jenny Martin Walker - Ch 11 SubV
Martin Snow, LLP
240 Third Street
Macon, GA 31201

Trustee.JMW@martinsnow.com


Elizabeth A. Hardy
Office of U.S. Trustee
440 Martin Luther King Jr. Blvd
Suite 302
Macon, GA 31201

elizabeth.a.hardy@usdoj.gov


(U.S. Trustee)
U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201
represented by:
Robert G. Fenimore
Office of U.S. Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201

robert.g.fenimore@usdoj.gov


(Creditor)
Synovus Bank
960 Buford Road
Cumming, GA 30041
represented by:
Delia Corinne Thrasher
Starfield & Smith, P.C.
1175 Peachtree Street NE, Suite 1750
Atlanta, GA 30361

cthrasher@starfieldsmith.com


(Creditor)
Persons Banking Company
88 North Lee Street
Forsyth, Ga 31029
represented by:
Michael J. Marshall
Donner, Marshall & Sims
3717 Vineville Avenue
Macon, GA 31204

mikemarshall@dmsattorneys.net


(Debtor)
Palms Medical Transport, LLC
PO Box 843
Byron, GA 31008
Tax ID / EIN: 26-3231031
represented by:
Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201

wes@boyerterry.com


(Creditor)
AmeriCredit Financial Services, Inc.
dba GM Financial
P.O. Box 183853
Arlington, TX 76096