**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| IN RE: : | |
| : | CHAPTER 11, SUB V |
| PALMS MEDICAL TRANSPORT, LLC, : | |
| : | CASE NO. 22-51074 |
| Debtor : | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served copies of the

NOTICE OF CHAPTER 11 BANKRUPTCY CASE [docket no. 6]

upon the following:

Synovus
PO Box 2646-R
Columbus GA 31902

by depositing a copy of the same in the United States mail, first class, in a properly addressed envelope with sufficient postage affixed thereto this 13th day of October, 2022.

BOYER ‖ TERRY LLC
By:


*/s/Wesley J. Boyer*
WESLEY J. BOYER
Attorney for Debtor
State Bar No. 073126
348 Cotton Avenue, Suite 200
Macon, Georgia 31201
(478) 742-6481
Wes@BoyerTerry.com