**SO ORDERED.**

**SIGNED this 14 day of October, 2022.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | |
| | **CASE NO. 22-51074-JPS** |
| **PALMS MEDICAL TRANSPORT, LLC,** | |
| | **CHAPTER 11** |
| **Debtor.** | **SUBCHAPTER V** |

**ORDER GRANTING AFCO CREDIT CORPORATION'S MOTION**
**FOR AN EXPEDITED HEARING ON EMERGENCY MOTION**
<u>**FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**</u>

Upon the Motion for Expedited Hearing[1] of AFCO for entry of an order setting an expedited hearing and objection deadline on the Stay Relief Motion, and it appearing to the satisfaction of the Court that cause exists to grant the Motion for Expedited Hearing, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT**:

1.      The Motion for Expedited Hearing is GRANTED, as set forth herein.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion for Hearing.

2.      The Court will hold a hearing on the Stay Relief Motion on **October 27, 2022,**

**commencing at 2:00 p.m. in Courtroom A of the United States Bankruptcy Court, 433**

**Cherry Street, Macon, GA 31201**

3.      Any objection on any basis to the Stay Relief Motion must be filed in writing with

the Court no later **October 24, 2022 at 11:59 p.m.**

4.      AFCO shall serve a copy of this Order and a Notice of Hearing on the Notice

Parties.

***END OF DOCUMENT***

Prepared and presented by

**HOTCHKISS HOFFECKER PEACOCK, LLC**
**MICHAEL RYAN PEACOCK**
State Bar No 001356
1201 Peachtree Street NE, Suite 2000
Atlanta, GA 30361
Telephone:  (404) 760-7396
Email:  michael@hhpatlanta.com