# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11, SUB V |
| PALMS MEDICAL TRANSPORT, LLC, | Case No. 22-51074-JPS |
| Debtor. | |
| AFCO CREDIT CORPORATION, | |
| Movant, | CONTESTED MATTER |
| v. | |
| PALMS MEDICAL TRANSPORT, LLC, | |
| Respondent. | |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on October 12, 2022, AFCO Credit Corporation ("**AFCO**"), filed an *Emergency Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay* [Docket No. 30] (the "**Stay Relief Motion**") with the Bankruptcy Court for the Middle District of Georgia (the "**Court**"), seeking relief from the automatic stay to continue a state court dispossessory action against the above-captioned debtor (the "**Debtor**"). The hearing on said Stay Relief Motion was initially scheduled and noticed for hearing on November 9, 2022 [Docket No. 32].

**PLEASE TAKE FURTHER NOTICE** that, on October 12, 2022, AFCO also filed a *Motion for Expedited Hearing* on the Stay Relief Motion [Docket No. 31] (the "**Motion for Expedited Hearing**"), requesting an expedited hearing be set on the Stay Relief Motion. On October 14, 2022, the Court entered an Order granting the Motion for Expedited Hearing and setting a new date for the hearing on AFCO's Stay Relief Motion. Said hearing is now scheduled to be held:

**OCTOBER 27, 2022 at 2:00 P.M., in COURTROOM A of the U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA**, 433 Cherry Street, Macon, GA 31201.

**YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the Stay**

**Relief Motion may be obtained upon written request to counsel for AFCO (identified below) or at the Clerk's office.**

**If you do not want the court to grant AFCO relief from the automatic stay, or if you want the court to consider your views on the Stay Relief Motion, then you or your attorney shall attend the expedited hearing scheduled for October 27, 2022. ANY OBJECTION ON ANY BASIS TO THE STAY RELIEF MOTION MUST BE FILED IN WRITING WITH THE COURT NO LATER OCTOBER 24, 2022 AT 11:59 P.M.**

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

**Parties should consult the Court's website ([www.gamb.uscourts.gov](www.gamb.uscourts.gov)) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.**

This notice is sent by the undersigned pursuant to Federal Rule of Bankruptcy Procedure 4001 and Local Rules 2002-1(g) and 9004-1-C.

Dated: October 14, 2022                                   Respectfully submitted,

                                    **HOTCHKISS HOFFECKER PEACOCK, LLC**

By:   */s/ Michael Ryan Peacock*
        Charles E. Hoffecker (GA Bar #359615)
        Michael Ryan Peacock (GA Bar #001356)
        1201 Peachtree Street NE, Suite 2000
        Atlanta, GA 30361
        Telephone: (404) 760-7396
        Email: michael@hhpatlanta.com

*Attorneys for AFCO Credit Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the following parties have been served with the foregoing *Amended Notice of Hearing*.

**Notice by first class mail was sent on October 14, 2022 to the following persons/entities:**

Palms Medical Transport, LLC, PO Box 843, Byron, GA 31008-0843

BP Business Solutions, PO Box 1239, Covington, LA 70434-1239

Balboa Capital, 2010 Main Street, Suite 1100, Irvine, CA 92614-8250

Costa Rica Finance Services, Stryker Sales, LLC, PO Box 93308, Chicago, IL 60673-3308

East Shore Equities SMB, LLC, Attn: Risk Department, 5788 Merrick Road, Suite 205, Massapequa, NY 11758-6242

Ferno, 70 Weil Way, Wilmington, OH 45177-9300

Ferno, c/o CST Co., Inc., PO Box 33127, Louisville, KY 40232-3127

Funding Circle - Altus, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987

Georgia Department of Labor, PO Box 740235, Atlanta, GA 30374-0235

Integrated Vehicle Leasing, Inc., 734 Walt Whitman Road, Melville, NY 11747-2216

International Development Services, 7900 East Union Avenue, Suite 1100, Denver, CO 80237

Itria Ventures, LLC, 1000 N West Street, #1200, Wilmington, DE 19801-1058

Itria Ventures, LLC, c/o Millsy Hicks-Byrd, Paralegal, Kasowitz Benson Torres LLC, 1230 Peachtree St NE, Suite 2445, Atlanta, GA 30309-7500

Kabbage, Inc., 730 Peachtree Street, Suite 1100, Atlanta, GA 30308-1263

McKenzie Capital Funding, 3390 Mary Street, Suite 216, Miami, FL 33133-5258

Persons Banking Company, Attn: Michael J. Marshall, Esq., 3717 Vineville Avenue, Macon, GA 31204-1854

Persons Banking Company, 1110 GA Highway 96, Kathleen, GA 31047-2111

Persons Banking Company, 88 North Lee Street, Forsyth, GA 31029-2119

SBA/Synovus, PO Box 120, Columbus, GA 31902-0120

Synovus Bank, 960 Buford Road, Cumming, GA 30041-2718

UnitedHealthcare Insurance Company, ATTN: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408

WEX, Inc., 1 Hancock Street, Portland, ME 04101-4217

WEX, Inc., c/o Greenberg, Grant & Richards, Inc., PO Box 571811, Houston, TX 77257-1811

**The following persons/entities shall be sent notice through the court's CM/ECF electronic mail system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Delia Corinne Thrasher (on behalf of Creditor Synovus Bank) | cthrasher@starfieldsmith.com |
| Elizabeth A. Hardy (on behalf of U.S. Trustee) | elizabeth.a.hardy@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov |
| Jenny Martin Walker - Ch 11 SubV Trustee | MW@martinsnow.com |
| Michael J. Marshal on behalf of Creditor Persons Banking Company | mikemarshall@dmsattorneys.net |
| Robert G. Fenimore n behalf of U.S. Trustee | robert.g.fenimore@usdoj.gov  Ustp.region21.mc.ecf@usdoj.gov |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Wesley J. Boyer on behalf of Debtor Palms Medical Transport LLC | wes@boyerterry.com, terrycr40028@notify.bestcase.com |

**The following persons/entities were sent notice by electronic mail on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |
| AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |

| | |
|---|---|
| Capital One, PO Box 71083, Charlotte, NC 28272-1083 | AIS.cocard.ebn@aisinfo.com |
| Convergent (Sprint), 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 | convergent@ebn.phinsolutions.com |
| Fundbox, 300 Montgomery Street, Suite 900, San Francisco, CA 94104 | bankruptcyfilings@fundbox.com |
| Georgia Dept of Revenue, Collection Section, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345-3205 | brnotices@dor.ga.gov |
| GM Financial, PO Box 99605, Arlington, TX 76096-9605 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |
| Internal Revenue Service, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 | sbse.cio.bnc.mail@irs.gov |
| Office of United States Trustee, c/o Elizabeth A.Hardy, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 | USTP.REGION21.MC.ECF@USDOJ.GOV |
| Office of United States Trustee, c/o Robert Fenimore, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 | USTP.REGION21.MC.ECF@USDOJ.GOV |

Dated: October 14, 2022                                     Respectfully submitted,


**HOTCHKISS HOFFECKER PEACOCK, LLC**

By:    */s/ Michael Ryan Peacock*
        Charles E. Hoffecker (GA Bar #359615)
        Michael Ryan Peacock (GA Bar #001356)
        1201 Peachtree Street NE, Suite 2000
        Atlanta, GA 30361
        Telephone: (404) 760-7396
        Email: michael@hhpatlanta.com

        *Attorneys for AFCO Credit Corporation*