# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11, SUB V |
| PALMS MEDICAL TRANSPORT, LLC, | Case No. 22-51074-JPS |
| Debtor. | |
| _____ | |
| AFCO CREDIT CORPORATION, | |
| Movant, | CONTESTED MATTER |
| v. | |
| PALMS MEDICAL TRANSPORT, LLC, | |
| Respondent. | |

## CERTIFICATE OF SERVICE

I hereby certify that the following parties were served with a copy of the *Order Granting AFCO Credit Corporation's Motion For An Expedited Hearing On Emergency Motion For An Order Granting Relief From The Automatic Stay* [Document #36]*:*

**The following persons/entities received notice through the court's CM/ECF electronic mail system on October 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Delia Corinne Thrasher (on behalf of Creditor Synovus Bank) | cthrasher@starfieldsmith.com |
| Elizabeth A. Hardy (on behalf of U.S. Trustee) | elizabeth.a.hardy@usdoj.gov Ustp.region21.mc.ecf@usdoj.gov;elizabeth.hardy.collins@usdoj.gov |
| Jenny Martin Walker - Ch 11 SubV Trustee | JMW@martinsnow.com |
| Michael J. Marshal on behalf of Creditor Persons Banking Company | mikemarshall@dmsattorneys.net |

| | |
|---|---|
| Robert G. Fenimore on behalf of U.S. Trustee | robert.g.fenimore@usdoj.gov  Ustp.region21.mc.ecf@usdoj.gov |
| U.S. Trustee - MAC | Ustp.region21.mc.ecf@usdoj.gov |
| Wesley J. Boyer on behalf of Debtor Palms Medical Transport LLC | wes@boyerterry.com, terrycr40028@notify.bestcase.com |

**The following persons/entities were sent notice by electronic mail on October 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |
| AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |
| Capital One, PO Box 71083, Charlotte, NC 28272-1083 | AIS.cocard.ebn@aisinfo.com |
| Convergent (Sprint), 800 SW 39th Street, Suite 100, Renton, WA 98057-4927 | convergent@ebn.phinsolutions.com |
| Fundbox, 300 Montgomery Street, Suite 900, San Francisco, CA 94104 | bankruptcyfilings@fundbox.com |
| Georgia Dept of Revenue, Collection Section, 1800 Century Blvd NE, Suite 9100, Atlanta, GA 30345-3205 | brnotices@dor.ga.gov |
| GM Financial, PO Box 99605, Arlington, TX 76096-9605 | GMFINANCIAL@EBN.PHINSOLUTIONS.COM |
| Internal Revenue Service, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 | sbse.cio.bnc.mail@irs.gov |
| Office of United States Trustee, c/o Elizabeth A.Hardy, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 | USTP.REGION21.MC.ECF@USDOJ.GOV |
| Office of United States Trustee, c/o Robert | USTP.REGION21.MC.ECF@USDOJ.GOV |

| | |
|---|---|
| Fenimore, 440 Martin Luther King Jr. Blvd., Suite 302, Macon, GA 31201-7987 | |

**Notice by first class mail was sent on October 17, 2022 to the following persons/entities:**

Palms Medical Transport, LLC, PO Box 843, Byron, GA 31008-0843

BP Business Solutions, PO Box 1239, Covington, LA 70434-1239

Balboa Capital, 2010 Main Street, Suite 1100, Irvine, CA 92614-8250

Costa Rica Finance Services, Stryker Sales, LLC, PO Box 93308, Chicago, IL 60673-3308

East Shore Equities SMB, LLC, Attn: Risk Department, 5788 Merrick Road, Suite 205, Massapequa, NY 11758-6242

Ferno, 70 Weil Way, Wilmington, OH 45177-9300

Ferno, c/o CST Co., Inc., PO Box 33127, Louisville, KY 40232-3127

Funding Circle - Altus, 2121 Airline Drive, Suite 520, Metairie, LA 70001-5987

Georgia Department of Labor, PO Box 740235, Atlanta, GA 30374-0235

Integrated Vehicle Leasing, Inc., 734 Walt Whitman Road, Melville, NY 11747-2216

International Development Services, 7900 East Union Avenue, Suite 1100, Denver, CO 80237

Itria Ventures, LLC, 1000 N West Street, #1200, Wilmington, DE 19801-1058

Itria Ventures, LLC, c/o Millsy Hicks-Byrd, Paralegal, Kasowitz Benson Torres LLC, 1230 Peachtree St NE, Suite 2445, Atlanta, GA 30309-7500

Kabbage, Inc., 730 Peachtree Street, Suite 1100, Atlanta, GA 30308-1263

McKenzie Capital Funding, 3390 Mary Street, Suite 216, Miami, FL 33133-5258

Persons Banking Company, Attn: Michael J. Marshall, Esq., 3717 Vineville Avenue, Macon, GA 31204-1854

Persons Banking Company, 1110 GA Highway 96, Kathleen, GA 31047-2111

Persons Banking Company, 88 North Lee Street, Forsyth, GA 31029-2119

SBA/Synovus, PO Box 120, Columbus, GA 31902-0120

Synovus Bank, 960 Buford Road, Cumming, GA 30041-2718

UnitedHealthcare Insurance Company, ATTN: CDM/Bankruptcy, 185 Asylum Street - 03B, Hartford, CT 06103-3408

WEX, Inc., 1 Hancock Street, Portland, ME 04101-4217

WEX, Inc., c/o Greenberg, Grant & Richards, Inc., PO Box 571811, Houston, TX 77257-1811

Dated: October 19, 2022                    Respectfully submitted,

                                              **HOTCHKISS HOFFECKER PEACOCK, LLC**

By:  */s/ Michael Ryan Peacock*
      Charles E. Hoffecker (GA Bar #359615)
      Michael Ryan Peacock (GA Bar #001356)
      1201 Peachtree Street NE, Suite 2000
      Atlanta, GA 30361
      Telephone: (404) 760-7396
      Email: michael@hhpatlanta.com

*Attorneys for AFCO Credit Corporation*