IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE | : CHAPTER 11 |
| | : (Subchapter V) |
| PALMS MEDICAL TRANSPORT, LLC, | : |
| | : CASE NO. 22-51074-JPS |
| Debtor. | : |
| _____ | : |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, | : |
| Movant, | : CONTESTED MATTER |
| v. | : |
| PALMS MEDICAL TRANSPORT, LLC, Debtor; and JENNY MARTIN WALKER, Trustee | : |
| Respondents. | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW AmeriCredit Financial Services, Inc. dba GM Financial (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 11 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On 09/15/2022, Palms Medical Transport, LLC ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $21,952.78 secured by a 2020 CHEVROLET EQUINOX (the "Collateral").

3.

Debtor's plan is conflicting as to Movant's claim. The plan lists Movant's claim in Section 4.01 as Class 2b - secured claim to be paid in full with 6.00% interest and payments to commence on the first day of the month following Effective Date. The plan also lists Movant in Section 4.01 as class 2e- to be voided and treated as a general unsecured claim. Movant is a secured creditor and should be treated as such. Movant should be removed from class 2e of Debtor's plan.

4.

Debtor proposes an interest rate of 6.00%. Debtor is not providing Movant with an adequate enough risk factor. The prime rate of interest was 5.50% the month this case was filed. *Till* suggests the appropriate interest rate in this case to be contract rate of 7.09%. Movant requests interest rate of 7.09%.

5.

Debtor's plan does not list a monthly payment amount. If Movant is to be paid its full claim amount of $21,952.78 at 7.09% interest, then the monthly payment needs to be $435.63.

6.

<u>This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6).</u>

Debtor bears the burden of proving all elements of confirmation, including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

7.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected. Movant requests proof of insurance.

8.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral in violation of 11 U.S.C. Section 1326(a)(1)(c). Debtor's amended plan does not provide for pre-confirmation adequate protection payments. Pre-confirmation adequate protection payments should be $219.00 which is approximately 1% of the Claim amount.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 11 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This January 24, 2023.

                                 The Law Office of
                                 LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
                                 Attorneys for Movant

                                 By: /s/Philip L. Rubin
                                    Philip L. Rubin
                                    Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia 30342
(404) 869-6900
prubin@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | (Subchapter V) |
| PALMS MEDICAL TRANSPORT, LLC, | : | |
| | : | CASE NO. 22-51074-JPS |
| Debtor. | : | |
| _____ | : | |
| AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL, | : | |
| Movant, | : | CONTESTED MATTER |
| v. | : | |
| PALMS MEDICAL TRANSPORT, LLC, Debtor; and JENNY MARTIN WALKER, Trustee | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned, Philip L. Rubin, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served the OBJECTION TO CONFIRMATION OF CHAPTER 11 PLAN on the following parties 1) electronically, if allowed by and pursuant to the requirements of local rule, or 2) by depositing same in the United States Mail in properly addressed envelope(s) with adequate postage to all others, as follows:

Palms Medical Transport, LLC
PO Box 843
Byron, GA 31008

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201


Jenny Martin Walker
Chapter 11 Trustee
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, GA 31202

*And attached Creditor matrix

    This January 24, 2023.

        The Law Office of
        LEFKOFF, RUBIN, GLEASON, RUSSO & WILLIAMS, P.C.
        Attorneys for Movant


        By:  /s/Philip L. Rubin
          Philip L. Rubin
          Georgia State Bar No. 618525

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
prubin@lrglaw.com