```
Label Matrix for local noticing          A2S Smart Choice Real Estate           AFCO Credit Corporation
113G-5                                    c/o Chandler Shipley                   2141 Enterprise Drive
Case 22-51074-JPS                         2993 Russell Parkway                   Florence, SC 29501-1105
Middle District of Georgia                Suite 510
Macon                                     Warner Robins, GA 31008
Tue Jan 24 16:15:51 EST 2023

AmeriCredit Financial Services, Inc. dba GM   International Development Services   Palms Medical Transport, LLC
P.O. Box 183853                           7900 East Union Avenue                 PO Box 843
Arlington, TX 76096-3853                  Suite 1100                             Byron, GA 31008-0843
                                          Denver, CO 80237-2746


Persons Banking Company                   Synovus Bank                           5
88 North Lee Street                       960 Buford Road                        433 Cherry Street
Forsyth, Ga 31029-2119                    Cumming, GA 30041-2718                 P.O. Box 1957
                                                                                 Macon, GA 31202-1957


AFCO Credit Corporation                   Air Gas USA, LLC                       (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
Reed Smith LLP c/o Alexis Leventhal       2015 Vaughn Rd NW, Suite 400           PO BOX 183853
225 Fifth Avenue                          Kennesaw, GA 30144-7802                ARLINGTON TX 76096-3853
Pittsburgh, PA 15222-2724


BP Business Solutions                     Balboa Capital                         Canon Financial Services, Inc.
PO Box 1239                               2010 Main Street, Suite 1100           601 Route 73 North
Covington, LA 70434-1239                  Irvine, CA 92614-8250                  Suite 305
                                                                                 08053
                                                                                 Marlton, NJ 08053-3470


Capital One                               Capital One N.A.                       Cellco Partnership d/b/a Verizon Wireless
PO Box 71083                              by American InfoSource as agent        William M Vermette
Charlotte, NC 28272-1083                  PO Box 71083                           22001 Loudoun County PKWY
                                          Charlotte, NC  28272-1083              Ashburn, VA 20147-6122


Cinta's                                   Convergent (Sprint)                    Costa Rica Finance Services
4272 Pio Nono Avenue                      800 SW 39th Street, Suite 100          Stryker Sales, LLC
Macon, GA 31206-2749                      Renton, WA 98057-4927                  PO Box 93308
                                                                                 Chicago, IL 60673-3308


East Shore Equities SMB, LLC              Everean Mitchell                       Ferno
Attn:  Risk Department                    c/o JCWLaw, LLC                        70 Weil Way
5788 Merrick Road, Suite 205              1201 West Peachtree Street Suite 2300  Wilmington, OH 45177-9300
Massapequa, NY 11758-6242                 Atlanta, GA 30309-3453


Ferno                                     (p)FUNDBOX  INC                        Fundbox, Inc.
c/o CST Co., Inc.                         300 MONTGOMERY ST                      c/o Becket and Lee LLP
PO Box 33127                              SUITE 900                              PO Box 3001
Louisville, KY 40232-3127                 SAN FRANCISCO CA 94104-1921            Malvern PA 19355-0701


Funding Circle - Altus                    (p)GEORGIA DEPARTMENT OF REVENUE       GM Financial
2121 Airline Drive, Suite 520             COMPLIANCE DIVISION                    PO Box 99605
Metairie, LA 70001-5987                   ARCS BANKRUPTCY                        Arlington, TX 76096-9605
                                          1800 CENTURY BLVD NE SUITE 9100
                                          ATLANTA GA 30345-3202
```

Georgia Department of Labor
PO Box 740235
Atlanta, GA 30374-0235

Georgia Department of Labor
Unemployment Insurance Legal Section
148 Andrew Young Intl Blvd NE
Ste 826
Atlanta, GA 30303-1751

Integrated Vehicle Leasing, Inc.
734 Walt Whitman Road
Melville, NY 11747-2216

Integrated Vehicle Leasing, Inc.
c/o Theresa A. Driscoll, Esq.
Moritt Hock & Hamroff LLP
400 Garden City Plaza
Garden City, NY 11530-3327

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Itria Ventures LLC
C. Kevin Kobbe
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD 21209-3626

Itria Ventures, LLC
1000 N West Street, #1200
Wilmington, DE 19801-1058

Itria Ventures, LLC
c/o KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, NE, Suite 2445
Atlanta, Georgia 30309-7500

Itria Ventures, LLC
c/o KASOWITZ BENSON TORRES LLP
1230 Peachtree Street, Suite 2445
Atlanta, GA 30309-7500

Itria Ventures, LLC
c/o Millsy Hicks-Byrd, Paralegal
Kasowitz Benson Torres LLC
1230 Peachtree St NE, Suite 2445
Atlanta, GA 30309-7500

Kabbage, Inc.
730 Peachtree Street, Suite 1100
Atlanta, GA 30308-1263

McKenzie Capital Funding
3390 Mary Street, Suite 216
Miami, FL 33133-5258

Nicola G. Suglia
601 Route 73 North
Suite 305
Marlton, NJ 08053-3475

Office of United States Trustee
c/o Elizabeth A. Hardy
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Office of United States Trustee
c/o Robert Fenimore
440 Martin Luther King Jr. Blvd.
Suite 302
Macon, GA 31201-7987

Persons Banking Company
1110 GA Highway 96
Kathleen, GA 31047-2111

Persons Banking Company
Attn: Michael J. Marshall, Esq.
3717 Vineville Avenue
Macon, GA 31204-1854

SBA/Synovus
PO Box 120
Columbus, GA 31902-0120

Synovus
PO Box 2646-R
Columbus GA 31902

U.S. Trustee - MAC
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201-7987

UnitedHealthcare Insurance Company
ATTN: CDM/Bankruptcy
185 Asylum Street - 03B
Hartford, CT 06103-3408

WEX, Inc.
1 Hancock Street
Portland, ME 04101-4217

WEX, Inc.
c/o Greenberg, Grant & Richards, Inc.
PO Box 571811
Houston, TX 77257-1811

Jenny Martin Walker - Ch 11 SubV
Adams, Hemingway, Wilson & Rutledge, LLC
P.O. Box 1956
Macon, GA 31202-1956

Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue
Ste 200
Macon, GA 31201-7305

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| AmeriCredit Financial Services, Inc.<br>dba GM Financial<br>P O Box 183853<br>Arlington, TX 76096 | Fundbox<br>300 Montgomery Street, Suite 900<br>San Francisco, CA 94104 | GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS - BANKRUPTCY<br>1800 CENTURY BLVD NE, SUITE 9100<br>ATLANTA, GA 30345-3205 |
|---|---|---|
| (d)Georgia Department of Revenue<br>Central Collection Section<br>1800 Century Blvd NE, Suite 9100<br>Atlanta, GA 30345-3205 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)ITRIA VENTURES, LLC | (u)Integrated Vehicle Leasing, Inc. | (u)AFCO<br>(no address provided) |
|---|---|---|
| (d)AmeriCredit Financial Services, Inc. dba G<br>P O Box 183853<br>Arlington, TX 76096-3853 | (u)Cinta's<br>c/o Rauch Milliken | (u)Ebong Ubong |
| (d)International Development Services<br>7900 East Union Avenue, Suite 1100<br>Denver, CO 80237-2746 | (d)Persons Banking Company<br>88 North Lee Street<br>Forsyth, GA 31029-2119 | (d)Synovus Bank<br>960 Buford Road<br>Cumming, GA 30041-2718 |
| (u)Everean Mitchell | End of Label Matrix<br>Mailable recipients    54<br>Bypassed recipients    10<br>Total                  64 | |