IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

PALMS MEDICAL TRANSPORT, LLC,

Debtor

CHAPTER 11, SUB V

CASE NO. 22-51074

## CLASS 2c BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Palms Medical Transport, LLC, Debtor, filed its Chapter 11 Small Business Subchapter V Plan on December 14, 2022 (the "Plan"). A copy of the Plan is included with this ballot.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2c under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by the United States Bankruptcy Court, 433 Cherry Street, Macon, GA 31201 on or before January 31, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan. If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 2c claim against the Debtor in the unpaid amount of $ _157,081.56_ .

*Check one box only:*   ☐ Accepts the plan   ☒ Rejects the plan

Dated: _January 30, 2023_

Print or type name: _Michael J. Marshall_

Signature: _[signature]_

Title (if corporation or partnership): _Attorney for Persons Banking Company_

Address: _3717 Vineville Avenue, Macon, Georgia 31204_

**Return this ballot to:**
United States Bankruptcy Court
433 Cherry Street
Macon, GA 31201

With a copy to:
Wesley J. Boyer
Boyer Terry LLC
348 Cotton Avenue, Suite 200
Macon, GA 31201